IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                CRIMINAL NO. 5:08cr20DCB-LRA

MAE REE MCMILLIAN

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, MAE REE MCMILLIAN, without prejudice.

                                             DUNN LAMPTON
                                             United States Attorney

Date: December 22, 2008              s/Mary Helen Wall
                                     By: MARY HELEN WALL
                                             Assistant U.S. Attorney
                                             Mississippi Bar No. 100857

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 29th day of December, 2008.

                                             s/ David Bramlette
                                             UNITED STATES DISTRICT JUDGE